**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-2083**

_____

L. RUTHER,

                Plaintiff - Appellant,

      v.

ARCHDIOCESE CATHOLIC; EDWARD T. O'MEARA,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:19-cv-00654-JAG)

_____

Submitted:  December 17, 2019             Decided:  December 19, 2019

_____

Before KING, FLOYD, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

L. Ruther, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

L. Ruther appeals the district court's order dismissing his civil complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Ruther v. Archdiocese Catholic*, No. 3:19-cv-00654-JAG (E.D. Va. Sept. 23, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*